[No. 11892–7–I.  Division One.  December 19, 1984.]

MARLIN DUNLAP, ET AL, *Appellants,* v. MARVIN A. WAYNE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for What-

com County, No. 80–2–00315–8, Marshall Forrest, J., entered June 3, 1982. *Affirmed* by unpublished opinion per Durham, C.J., concurred in by Callow and Corbett, JJ.